IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                  CASE NO.: 10-30162
PABST, GARY JOHN
PABST, JANELLE DENISE                CHAPTER 7

       Debtor(s).
_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS
PURSUANT TO 11 U.S.C. §347**

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 3 | AWO, LLC<br>P. O. Box 84230<br>Baton Rouge, LA  70884 | $3151.34 |

The check was mailed to the creditor at the above address on august 2, 2011. The check was never cashed and was returned to the Trustee. The check has been voided.

                                            /s/ Karin A. Garvin
                                            Karin A. Garvin, Trustee
                                            FL Bar No. 0106933
                                            1801 W. Garden Street
                                            Pensacola, FL  32502
                                            850-437-5577/850-437-5250 fax
                                            trustee@kgarvinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

                                               /s/ Karin A. Garvin